# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00312-CV

**Laser Scientific, LLC, Appellant**

**v.**

**Mahmudur Chowdhury and KBM Emran d/b/a SLC of Richmond a/k/a Sona MedSpa - Glen Allen Cosmetic Medical Services, Inc., Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-06-008049, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Laser Scientific, LLC filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:  October 22, 2007